# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-253
Lower Tribunal No. CF21-3995-XX

_____

DAVID JAMAL WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

March 12, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Clayton R. Kaeiser, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED